# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO. 17-483 |
| v. | |
| ANTHONY VINCENTE PENGELINAN | |

**AND NOW,** this 9th day of July 2020, upon consideration of Defendant's *pro se* Motion for Modification/Reduction of Sentence (ECF 28) and the Government's Response thereto (ECF 30), **IT IS ORDERED** that Defendant's motion is **DENIED**.

**BY THE COURT:**

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**